**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Arlond Joseph Jenkins, IV** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **18-13206 MDC** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed a Motion to Modify Chapter 13 Plan with the Clerk of the United States Bankruptcy Court on September 16, 2020 and sent notice via electronic notification and/or First Class Mail on September 16, 2020 to the Trustee and all interested parties using the addresses listed on the claims register; that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading.  I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor