IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **Arlond Joseph Jenkins, IV**     :     **Chapter 13**
:     **Bankruptcy No.**
:     **18-13206 MDC**

## ORDER

AND NOW, this 28th day of October, 2020 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify his Chapter 13 Plan.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE