## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    Arlond Joseph Jenkins, IV | : | Chapter 13 |
| **Debtor** | : | |
| **Santander Consumer USA INC.** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 18-13206 MDC |
| v. | : | |
| Arlond Joseph Jenkins, IV | : | |
| Respondent/Debtor | : | |
| And | : | |
| William C. Miller, Esquire | : | |
| Trustee | : | |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Santander Consumer USA INC was sent this 29th day of January 2021 via electronic notification and/or United States, First Class Mail, postage prepaid to all secured and priority creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
William E. Craig, Esquire
Morton & Craig LLC

**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee

           \s\ Michael Schwartz
          **MICHAEL SCHWARTZ, ESQUIRE**
          Attorney for Debtor