IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ARLOND JOSEPH JENKINS, IV | ) |
| **Debtor** | ) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) |
| SUCCESSOR IN INTEREST TO | ) Case No.: 18-13206 (MDC) |
| GATEWAY ONE LENDING & FINANCE, LLC | ) |
| **Moving Party** | ) |
| | ) Hearing Date: 2-23-21 at 10:30 AM |
| v. | ) |
| | ) 11 U.S.C. 362 |
| ARLOND JOSEPH JENKINS, IV | ) |
| ARLOND JENKINS, III | ) 11 U.S.C. 1301 |
| **Respondent** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. successor in interest to Gateway One Lending & Finance, LLC and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about March 2, 2021 in the above matter is APPROVED.

Dated: April 9, 2021

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE