United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13206-mdc |
| Arlond Joseph Jenkins, IV | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arlond Joseph Jenkins, IV, 1427 Williams Avenue, Levittown, PA 19057-4722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Arlond Joseph Jenkins  IV msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  successor in interest to Gateway One Lending & Finance, LLC |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ARLOND JOSEPH JENKINS, IV ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| SUCCESSOR IN INTEREST TO ) | Case No.: 18-13206 (MDC) |
| GATEWAY ONE LENDING & FINANCE, LLC ) | |
| **Moving Party** ) | |
| ) | **Hearing Date: 2-23-21 at 10:30 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| ARLOND JOSEPH JENKINS, IV ) | |
| ARLOND JENKINS, III ) | 11 U.S.C. 1301 |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. successor in interest to Gateway One Lending & Finance, LLC and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about March 2, 2021 in the above matter is APPROVED.

Dated: April 9, 2021

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE