# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13206-MDC

ARLOND JOSEPH JENKINS, IV

1427 WILLIAMS AVENUE

LEVITTTOWN, PA 19057

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ARLOND JOSEPH JENKINS, IV

  1427 WILLIAMS AVENUE

  LEVITTTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

  MICHAEL SETH SCHWARTZ, ESQ.
  LAW OFFICE OF MICHAEL SCHWARTZ
  707 LAKESIDE OFFICE PARK
  SOUTHAMPTON, PA 18966-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee