United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13206-mdc |
| Arlond Joseph Jenkins, IV | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlond Joseph Jenkins, IV, 1427 Williams Avenue, Levittown, PA 19057-4722 |
| 14576749 | + | Santander Consumer USA Inc., C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14502189 | + | SantanderConsumerUSA Inc, successor in interest to, Gateway,One Lending&Finance,LLC, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 05 2022 00:07:00 | Santander Consumer USA Inc., successor in interest, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14106604 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 05 2022 00:07:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14108186 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 05 2022 00:07:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14106600 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2022 00:06:48 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14106601 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 05 2022 00:07:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14165539 | + | Email/Text: blegal@phfa.org | Nov 05 2022 00:07:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14106603 | + | Email/Text: blegal@phfa.org | Nov 05 2022 00:07:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14576506 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 05 2022 00:07:00 | Santander Consumer USA Inc., successor in interest to, Gateway One Lending & Finance, LLC, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14123903 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 05 2022 00:07:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

Case 18-13206-mdc   Doc 62   Filed 11/06/22   Entered 11/06/22 23:30:21   Desc Imaged
Certificate of Notice   Page 2 of 3

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 04, 2022 | Form ID: pdf900 | Total Noticed: 14
TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Consumer USA, Inc., successor in interes |
| 14106602 | ##+ | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Arlond Joseph Jenkins  IV msbankruptcy@gmail.com, schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  successor in interest to Gateway One Lending & Finance, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
ARLOND JOSEPH JENKINS, IV

Debtor     Bankruptcy No. 18-13206-MDC

# ORDER

**AND NOW**, this ___3rd___ day of _____November_____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL SETH SCHWARTZ, ESQ.
LAW OFFICE OF MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966-

Debtor:
ARLOND JOSEPH JENKINS, IV

1427 WILLIAMS AVENUE

LEVITTTOWN, PA 19057